No. _____

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

*In re* PESTICIDE ACTION AND AGROECOLOGY NETWORK NORTH AMERICA, ALIANZA NACIONAL DE CAMPESINAS, CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION, FARMWORKER ASSOCIATION OF FLORIDA, FARMWORKER JUSTICE, GREENLATINOS, LABOR COUNCIL FOR LATIN AMERICAN ADVANCEMENT, NATURAL RESOURCES DEFENSE COUNCIL, PINEROS Y CAMPESINOS UNIDOS DEL NOROESTE, and UFW FOUNDATION,

Petitioners,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

Respondent.

## EXCERPTS OF RECORD

**Index Volume**

PATTI A. GOLDMAN (WSBA No. 24426)
NOORULANNE JAN (WSBA No. 61024)
EARTHJUSTICE
810 Third Ave., Suite 610
Seattle, WA 98104
(206) 681-9842

GREGORY LOARIE (CA Bar No. 215859)
EARTHJUSTICE
180 Steuart St. #194330
San Francisco, CA 94105
(415) 217-2000

*Attorneys for Petitioners*

| Document Description | Date | ER Range | Volume |
|---|---|---|---|
| Petition to Revoke Food Tolerances and Cancel Registrations for Harmful Organophosphate Uses by Earthjustice on behalf of United Farm Workers et al. | 11/18/2021 | ER-2-68 | **1** |
| Ex. 01 - Deborah Bennett et al., Project TENDR: Targeting Environmental Neuro-Developmental Risks. The TENDR Consensus Statement, Env't Health Persp. (July 2016). | 7/2016 | ER-69-74 | **1** |
| Ex. 02 - Maryse F. Bouchard et al., Prenatal Exposure to Organophosphate Pesticide and IQ in 7-Year-Old Children, Env't Health Persp. (Aug. 2011). | 8/2011 | ER-75-82 | **1** |
| Ex. 07 - Geoffrey M. Calvert et al., Acute Pesticide Poisoning Among Agricultural Workers in the United States, 1998-2005, 51 Am. J. Indus. Med. 883, 890 (2008). | 2008 | ER-83-99 | **1** |
| Ex. 09 - Rosemary Castorina et al., Comparison of Current-Use Pesticide and Other Toxicant Urinary Metabolite Levels among Pregnant Women in the CHAMACOS Cohort and NHANES, Env't Health Persp. (June 2010). | 6/2010 | ER-100-108 | **1** |
| Ex. 10 - Stephanie M. Engel et al., Prenatal Organophosphate Metabolite and Organochlorine Levels and Performance on the Brazelton Neonatal Behavioral Assessment Scale in a | 4/3/2007 | ER-109-117 | **1** |

| Document Description | Date | ER Range | Volume |
|---|---|---|---|
| Multiethnic Pregnancy Cohort, AM. J. of Epidemiology (2007). | | | |
| Ex. 11 - Stephanie M. Engel et al., Prenatal Exposure to Organophosphates, Paraoxonase 1, and Cognitive Development in Childhood, Env't Health Persp. (Aug. 2011). | 8/2011 | ER-118-126 | 1 |
| Ex. 12 - Stephanie M. Engel et al., Prenatal Organophosphorus Pesticide Exposure and Child Neurodevelopment at 24 Months: An Analysis of Four Birth Cohorts, Env't Health Persp. (June 2016). | 6/2016 | ER-127-136 | 1 |
| Ex. 17 - Brenda Eskenazi et al., Organophosphate Pesticide Exposure and Neurodevelopment in Young Mexican-American Children, Env't Health Persp. (May 2007). | 5/2007 | ER-137-144 | 1 |
| Ex. 20 - Melissa A. Furlong et al., Prenatal Exposure to Organophosphate Pesticides and Reciprocal Social Behavior in Childhood, Env't Int'l (June 2014). | 6/13/2014 | ER-145-152 | 1 |
| Ex. 22 - Philippe Grandjean et al., Pesticide Exposure and Stunting as Independent Predictors of Neurobehavioral Deficits in Ecuadorian School Children, Pediatrics (Mar. 2006). | 3/2006 | ER-153-164 | 1 |
| Ex. 25 - Irva Hertz-Picciotto et al., Organophosphate Exposures During Pregnancy and Child Neurodevelopment: | 10/24/2018 | ER-165-180 | 1 |

| Document Description | Date | ER Range | Volume |
|---|---|---|---|
| Recommendations for Essential Policy Reforms, PLoS Med. (Oct. 24, 2018). | | | |
| Ex. 30 - Amy R. Marks et al., Organophosphate Pesticide Exposure and Attention in Young Mexican-American Children: The CHAMACOS Study, Env't Health Persp. (2010). | 12/2010 | ER-181-188 | 1 |
| Ex. 31 - María Teresa Muñoz-Quezada et al., Neurodevelopmental Effects in Children Associated with Organophosphate Pesticides: A Systematic Review, NeuroToxicology (2013). | 10/9/2013 | ER-189-200 | 1 |
| Ex. 43 - Jessica G. Young et al., Association Between In Utero Organophosphate Pesticide Exposure and Abnormal Reflexes in Neonates, NeuroToxicology (Jan. 2005). | 1/13/2005 | ER-201-212 | 1 |
| **Volume 2 of 14** | | | |
| Updated Literature Review on Neurodevelopment Effects & FQPA Safety Factor Determination for Organophosphate Pesticides, EPA | 12/29/2016 | ER-214-391 | 2 |
| Bensulide: Human Health Risk Assessment to Support Registration Review, EPA (excerpted); Dkt. no. EPA-HQ-OPP-2008-0022-0019 | 3/3/2016 | ER-392-454 | 2 |

| Document Description | Date | ER Range | Volume |
|---|---|---|---|
| Chlorethoxyfos: Draft Human Health Risk Assessment for Registration Review, EPA (excerpted); Dkt. no. EPA-HQ-OPP-2008-0843-0015 | 6/22/2016 | ER-455-502 | 2 |
| **Vol 3 of 14** | | | |
| Diazinon: Draft Human Health Risk Assessment for Registration Review, EPA (excerpted); Dkt. no. EPA-HQ-OPP-2008-0351-0093 | 6/10/2016 | ER-504-561 | 3 |
| Dimethoate: Human Health Risk Assessment for Registration Review, EPA (excerpted); Dkt. no. EPA-HQ-OPP-2009-0059-0027 | 9/15/2015 | ER-562-634 | 3 |
| Ethoprop: Draft Human Health Risk Assessment for Registration Review, EPA (excerpted); Dkt. no. EPA-HQ-OPP-2008-0560-0028 | 9/15/2015 | ER-635-710 | 3 |
| **Volume 4 of 14** | | | |
| Malathion: Human Health Draft Risk Assessment for Registration Review, EPA (excerpted); Dkt. no. EPA-HQ-OPP-2009-0317-0080 | 6/9/2016 | ER-712-974 | 4 |
| **Volume 5 of 14** | | | |
| Naled/DDVP: DDVP Draft Human Health Risk Assessment for Registration Review, EPA | 6/19/2020 | ER-976-1066 | 5 |

| Document Description | Date | ER Range | Volume |
|---|---|---|---|
| (excerpted); Dkt. no. EPA-HQ-OPP-2009-0209-0019 | | | |
| Naled/DDVP: Naled Draft Human Health Risk Assessment for Registration Review, EPA (excerpted); Dkt. no. EPA-HQ-OPP-2009-0053-0053 | 6/19/2020 | ER-1067-1178 | **5** |
| Phosmet: Draft Human Health Risk Assessment to Support Registration Review, EPA (excerpted); Dkt. no. EPA-HQ-OPP-2009-0316-0022 | 9/8/2016 | ER-1179-1254 | **5** |
| **Volume 6 of 14** | | | |
| Terbufos: Acute and Steady State Aggregate Dietary Exposure Risk Assessment of Food and Drinking Water to Support Registration Review, EPA (excerpted); Dkt no. EPA-HQ-OPP-2008-0119-0014 | 9/15/2015 | ER-1256-1273 | **6** |
| Terbufos: Occupational and Residential Exposure Assessment for the Registration Review Risk Assessment, D420977, EPA (excerpted); Dkt. no. EPA-HQ-OPP-2008-0119-0021 | 9/15/2015 | ER-1274-1295 | **6** |
| Tribufos: Human Health Risk Assessment for Registration Review, EPA (excerpted); Dkt. no. EPA-HQ-OPP-2008-0883-0011 | 9/15/2015 | ER-1296-1344 | **6** |
| Bensulide: Farmworker and Conservation Comments on One Carbamate and Three | 6/27/2016 | ER-1345-1398 | **6** |

| Document Description | Date | ER Range | Volume |
|---|---|---|---|
| Organophosphate Pesticides (exhibits omitted), Dkt. no. EPA-HQ-OPP-2008-0022-0028 | | | |
| Chlorethoxyfos: Farmworker and Conservation Comments on Chlorethoxyfos (exhibits omitted), Dkt. no. EPA-HQ-OPP-2008-0843-0027 | 9/21/2017 | ER-1399-1423 | 6 |
| Diazinon: Farmworker and Conservation Comments on Diazinon (exhibits omitted), Dkt. no. EPA-HQ-OPP-2008-0351-0097 | 7/21/2017 | ER-1424-1466 | 6 |
| Dimethoate, Ethoprop, Terbufos, and Tribufos: Farmworker and Conservation Comments on Seven Organophosphate Pesticides (exhibits omitted), Dkt. nos. EPA-HQ-OPP-2009-0059-0036, EPA-HQ-OPP-2008-0560-0034, EPA-HQ-OPP-2008-0560-0034, EPA-HQ-OPP-2008-0883-0019 | 2/22/2016 | ER-1467-1534 | 6 |
| **Volume 7 of 14** | | | |
| Malathion: Farmworker and Conservation Comments on Malathion, Dkt. no. EPA-HQ-OPP-2009-0317-0075 | 11/17/2016 | ER-1536-1579 | 7 |
| Naled/DDVP: Farmworker and Health Comments on Naled & DDVP, Dkt. nos. EPA-HQ-OPP-2009-0053-0051, EPA-HQ-OPP-2009-0209-0018 | 11/9/2020 | ER-1580-1624 | 7 |
| Phosmet: Farmworker and Conservation Comments on | 7/21/2017 | ER-1625-1670 | 7 |

| Document Description | Date | ER Range | Volume |
|---|---|---|---|
| Phosmet, Dkt. no. EPA-HQ-OPP-2009-0316-0021 | | | |
| **Volume 8 of 14** | | | |
| Upcoming Registration Review Actions, EPA, https://www.epa.gov/pesticide-reevaluation/upcoming-registration-review-actions, updated 8/27/2024, last accessed 6/18/2025 | 8/27/2024 | ER-1672-1691 | **8** |
| 2023 Upcoming Registration Review Actions, EPA, https://www.epa.gov/pesticide-reevaluation/upcoming-registration-review-actions, Internet Archive Wayback Machine | 4/17/2023 | ER-1692-1716 | **8** |
| 2021 Upcoming Registration Review Actions, EPA, https://www.epa.gov/pesticide-reevaluation/upcoming-registration-review-actions, Internet Archive Wayback Machine | 12/26/2021 | ER-1717-1737 | **8** |
| Earthjustice letter to EPA re Finalizing Interim Registration Review Decisions for Acephate, Dimethoate, and Malathion | 11/15/2024 | ER-1738-1739 | **8** |
| Email from EPA re Follow-up to farmworker stakeholder meeting | 4/1/2024 | ER-1740-1747 | **8** |
| Earthjustice letter to EPA re Further Delay in Organophosphate Registration Reviews | 7/21/2023 | ER-1748-1757 | **8** |

| Document Description | Date | ER Range | Volume |
|---|---|---|---|
| Earthjustice letter to EPA re Additional Petitioners on Petition to Revoke Food Tolerances and Cancel Registrations for Harmful Organophosphate Uses, EPA-HQ-OPP-2022-0490 | 3/2/2023 | ER-1758-1759 | **8** |
| EPA Response Letter re Agency Registration Review for Organophosphate Pesticides | 3/25/2022 | ER-1760-1761 | **8** |
| Earthjustice letter to EPA re Updated Registration Review Schedule | 2/1/2022 | ER-1762-1765 | **8** |
| Earthjustice letter to EPA re UFW Petitioners' Comments on OP Petition, EPA-HQ-OPP-2022-0490 | 9/23/2022 | ER-1766-1782 | **8** |
| **Volume 9 of 14** | | | |
| Email from EPA to Earthjustice re EPA Reaches Agreements on Early Mitigation Measures for Three More Organophosphate Pesticides | 5/25/2023 | ER-1784-1787 | **9** |
| Commitment letter from REDEAGLE International LLC to EPA re Tribufos Voluntary Mitigation Agreement | 5/15/2023 | ER-1788-1789 | **9** |
| Commitment letter from AMVAC to EPA re Tribufos Voluntary Mitigation Agreement | 5/15/2023 | ER-1790-1791 | **9** |
| Commitment letter from AMVAC to EPA re Ethoprop Voluntary Mitigation Agreement | 5/15/2023 | ER-1792-1793 | **9** |
| Gowan letter to EPA re Phosmet Mitigation Agreement | 5/8/2023 | ER-1794-1795 | **9** |

| Document Description | Date | ER Range | Volume |
|---|---|---|---|
| Email from EPA to Earthjustice re EPA Reaches Agreement on Early Mitigation Measures Initiative for an Organophosphate Pesticide | 4/27/2023 | ER-1796-1798 | 9 |
| Commitment letter from ADAMA to EPA re Diazinon: Commitment Letter for Voluntary Mitigation Measures of Certain Product Registrations | 4/10/2023 | ER-1799-1801 | 9 |
| Commitment letter from Drexel to EPA re Diazinon: Commitment Letter for Voluntary Mitigation Measures of Certain Product Registrations | 4/5/2023 | ER-1802 | 9 |
| Diazinon - Updated Occupational and Non-Occupational Spray Drift Assessment for Registration Review, EPA, Dkt. No. EPA-HQ-OPP-2008-0351-0114 | 2/2/2023 | ER-1803-1886 | 9 |
| Ethoprop - Updated Occupational and Non-Occupational Spray Drift Assessment for Registration Review, EPA, Dkt. No. EPA-HQ-OPP-2008-0560-0058 | 2/17/2023 | ER-1887-1936 | 9 |
| **Volume 10 of 14** | | | |
| Phosmet - Updated Occupational and Non-Occupational Spray Drift Assessment for Registration Review, EPA, Dkt. No. EPA-HQ-OPP-2009-0316-0052 | 2/2/2023 | ER-1938-2066 | 10 |

| Document Description | Date | ER Range | Volume |
|---|---|---|---|
| Tribufos - Updated Occupational and Non-Occupational Spray Drift Assessment for Registration Review, EPA, EPA-HQ-OPP-2008-0883-0059 | 2/2/2023 | ER-2067-2120 | **10** |
| **Volume 11 of 14** | | | |
| Acephate: Second Revised Draft Human Health Risk Assessment (DRA) in Support of Registration Review, EPA (excerpted); Dkt. no. EPA-HQ-OPP-2008-0915-0054 | 8/24/2023 | ER-2122-2244 | **11** |
| Acephate: Proposed Interim Registration Review Decision, Case Number 0042, EPA; Dkt. no. EPA-HQ-OPP-2008-0915-0069 | 4/24/2024 | ER-2245-2300 | **11** |
| Dimethoate: Second Revised Draft Human Health Risk Assessment for Registration Review, EPA (excerpted); Dkt. no. EPA-HQ-OPP-2009-0059-0073 | 12/21/2023 | ER-2301-2360 | **11** |
| **Volume 12 of 14** | | | |
| Dimethoate: Proposed Interim Registration Review Decision, Case Number 0088, EPA; Dkt. no. EPA-HQ-OPP-2009-0059-0074 | 6/5/2024 | ER-2362-2460 | **12** |
| Malathion: Updated Draft Human Health Risk Assessment for Registration Review, EPA | 1/22/2024 | ER-2461-2571 | **12** |

| Document Description | Date | ER Range | Volume |
|---|---|---|---|
| (excerpted); Dkt. no. EPA-HQ-OPP-2009-0317-0161 | | | |
| Malathion: Proposed Interim Registration Review Decision, Case Number 0248, EPA; Dkt. no. EPA-HQ-OPP-2009-0317-0175 | 7/5/2024 | ER-2572-2625 | **12** |
| **Volume 13 of 14** | | | |
| Acephate: Earthjustice et al. Comments on EPA Proposed Interim Registration Review Decision on Acephate, Dkt. no. EPA-HQ-OPP-2008-0915 | 7/31/2024 | ER-2627-2644 | **13** |
| Acephate: Comments on the Office of Pesticide Program's Use of New Approach Methodologies to Eliminate the Children's Safety Factor for Acephate, Dkt. no. EPA-HQ-OPP-2008-0915-0058 | 7/31/2024 | ER-2645-2683 | **13** |
| Dimethoate: Earthjustice et al. Comments on the Proposed Interim Registration Review Decision for Dimethoate (exhibits omitted), Dkt. No. EPA-HQ-2009-0059-0075 | 8/30/2024 | ER-2686-2767 | **13** |
| Malathion: Earthjustice et al. Comments on the Proposed Interim Registration Review Decision for Malathion (exhibits omitted), Dkt. no. EPA-HQ-OPP-2009-0317-0208 | 9/16/2024 | ER-2768-2858 | **13** |

| Document Description | Date | ER Range | Volume |
|---|---|---|---|
| **Volume 14 of 14** | | | |
| Alianza Nacional de Campesinas - Declaration of Mily Trevino-Sauceda | 5/21/2025 | ER-2860-2866 | **14** |
| Alianza Nacional de Campesinas - Declaration of Amy Tamayo | 5/21/2025 | ER-2867-2869 | **14** |
| Alianza Nacional de Campesinas - Declarant A | 5/21/2025 | ER-2870-2875 | **14** |
| Alianza Nacional de Campesinas - Declarant B | 5/13/2025 | ER-2876-2881 | **14** |
| Alianza Nacional de Campesinas - Declarant C | 5/13/2025 | ER-2882-2894 | **14** |
| California Rural Legal Assistance Foundation - Declaration of Anne Katten | 5/20/2025 | ER-2895-2908 | **14** |
| Farmworker Justice - Declaration of Rebecca Rosefelt | 5/21/2025 | ER-2909-2917 | **14** |
| Farmworker Association of Florida - Declaration of Eugenia Economos | 5/20/2025 | ER-2918-2929 | **14** |
| GreenLatinos - Declaration of Val Z. Schull | 6/2/2025 | ER-2930-2933 | **14** |
| Natural Resources Defense Council - Declaration of Dr. Jennifer Sass | 6/12/2025 | ER-2934-2966 | **14** |
| Natural Resources Defense Council - Declaration of Sandra Kay Hays | 5/21/2025 | ER-2967-2969 | **14** |
| Natural Resources Defense Council - Declaration of Teresa M. DeLorenzo | 5/21/2025 | ER-2970-2973 | **14** |

| Document Description | Date | ER Range | Volume |
|---|---|---|---|
| Pesticide Action and Agroecology Network - Declaration of G.C. | 5/22/2025 | ER-2974-2978 | **14** |
| Pesticide Action and Agroecology Network - Declaration of J.H. | 6/3/2025 | ER-2979-2982 | **14** |
| Pesticide Action and Agroecology Network - Declaration of Margaret Reeves | 5/9/2025 | ER-2983-3005 | **14** |
| Pineros y Campesinos Unidos del Noroeste - Declaration of Maria "Ceci" Hinojos Pressey | 6/3/2025 | ER-3006-3013 | **14** |
| UFW Foundation - Declaration of Diego Iniguez-Lopez | 5/9/2025 | ER-3014-3020 | **14** |
| UFW Foundation - Declaration of A.L. | 6/3/2025 | ER-3021-3024 | **14** |
| Declaration of Hetty Chin | 5/19/2023 | ER-3025-3037 | **14** |
| Declaration of Rashmi Joglekar | 6/23/2025 | ER-3038-3062 | **14** |
| Declaration of Patti Goldman | 6/23/2025 | ER-3063-3066 | **14** |
| Declaration of Adam Hinz | 6/23/2025 | ER-3067-3072 | **14** |
| Labor Council for Latin American Advancement – Declaration of Karla Pineda-Santos | 6/18/2025 | ER-3073-3077 | **14** |

14